NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMBASE CORPORATION AND CARTERET BANCORP, INC.,**
*Plaintiffs-Cross Appellants,*

AND

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-5047, -5048, -5049

---

Appeals from the United States Court of Federal Claims in case no. 93-CV-531, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**ORDER**

The United States moves without opposition for an 18-day extension of time, until August 31, 2012, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__AUG 2 2 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles J. Cooper, Esq.
     John M. Dorsey, III, Esq.
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

- AUG 2 2 2012

JAN HORBALY
CLERK